HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARDIS A. MAUNE,<br><br>               Plaintiff,<br><br>   v.<br><br>BANKERS LIFE & CASUALTY COMPANY; GARY A. DOWNING; and RICHARD E. CARTER,<br><br>               Defendants. | No.: C06-05083 RBL<br><br>ORDER GRANTING AGREED SECOND MOTION FOR EXTENSION OF TIME TO IDENTIFY EXPERTS UNDER FED. R. CIV. P. 26(a)(2) AND FIRST MOTION TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE |

TO:        ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    Defendants, by counsel, having moved the Court for a second time to extend the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by thirty days, to and including, January 18, 2007, and having moved the first time to extend the discovery cut-off to and including February 2, 2007, and extend the dispositive motion deadline to and including February 12, 2007, and the Court, being duly advised in the premises, hereby GRANTS said Motion.

    It is hereby ORDERED that the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) is extended to and including January 18, 2007, the discovery cut-off is

1

extended to and including February 2, 2007, and the dispositive motion deadline is extended to and including February 12, 2007.  So ordered.

Date: December 13, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE