HONORABLE ROBERT B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARDIS A. MAUNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANKERS LIFE & CASUALTY COMPANY; GARY A. DOWNING; and RICHARD E. CARTER,<br><br>　　　　　Defendants. | No.: C06-05083 RBL<br><br>ORDER GRANTING AGREED THIRD MOTION FOR EXTENSION OF TIME TO IDENTIFY EXPERTS UNDER FED. R. CIV. P. 26(a)(2) |

TO:　　　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　Plaintiff and Defendants, by counsel, having moved the Court for a third time to extend the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) by fourteen days, to and including, February 1, 2007, and the Court, being duly advised in the premises, hereby GRANTS said Motion.

1

2

It is hereby ORDERED that the deadline to disclose expert testimony under Fed. R. Civ. P. 26(a)(2) is extended to and including February 1, 2007. So ordered.

Date: January 20, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE