HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARDIS A. MAUNE,

    Plaintiff,

v.

BANKERS LIFE & CASUALTY COMPANY; GARY A. DOWNING; and RICHARD E. CARTER,

    Defendants.

Case No. C06-5083 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendants' Second Motion for Extension of Time to File Dispositive Motions and First Motion to Continue Trial and Re-Open Discovery [Dkt. #33].

Having considered the entirety of the records and file herein, and having considered that plaintiff has not filed a response to the motion thereby indicating that the motion has merit, CR 7(b)(2), <u>Local Rules W.D. Wash.</u>, the Court rules as follows:

Defendants seek to re-open discovery, an extension of time to file dispositive motions, and a continuance of the trial date in order to conduct further discovery into plaintiff's prior claim of sexual harassment against a previous employer. Defendants assert that plaintiff has misled them about her prior claim, and on January 4, 2007 they learned of the true nature of her prior claim after they received further medical records from a previously undisclosed treating psychologist. Defendants seek only a two month continuance; however, the first available trial date on the Court's calendar is October 1, 2007. It is therefore

**ORDERED** that defendants' motion is **GRANTED**. Discovery is re-opened for the limited purpose of exploring plaintiff's prior sexual harassment claim and this discovery shall be completed on or before April 20, 2007. Dispositive motions shall be filed on or before May 11, 2007. Defendants' pending summary judgment motion [Dkt. #38] is hereby stricken from the Court's motion calendar. If defendants decide not to file a new motion for summary judgment based upon information they learn during the re-opened discovery period, they may re-note the original summary judgment motion. The new trial date is October 1, 2007 at 9:00 a.m.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 1st day of March, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE