HONORABLE ROBERT B. LEIGHTON

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

ARDIS A. MAUNE,

          Plaintiff,

    v.

BANKERS LIFE & CASUALTY COMPANY;
GARY A. DOWNING; and
RICHARD E. CARTER,

          Defendants.

Case No. C06-05083 RBL

STIPULATION AND AGREED ORDER STRIKING PRETRIAL DATES

**STIPULATION**

COMES NOW the plaintiff, by and through her attorney, and the defendants by and through their attorney, and give notice that this matter has been fully settled by correspondence and e-mails, and that the parties are in the process of memorializing such in a formal document.

Page 1 - STIPULATION AND AGREED ORDER STRIKING
       PRETRIAL DATES

**STORZ & ASSOCIATES, PLLC**
*Attorneys at Law*
**1014 Franklin Street, Suite 220**
**Vancouver, WA 98660**
**(360) 696-9600**
**(503) 286-2949**

1   Therefore, it is hereby stipulated and requested that the court strike all motions,
2   and the remaining dates in the current case schedule order, including the trial date.

3
4                               THE LAW OFFICE OF
                                STORZ & ASSOCIATES, PLLC
5
6   _____        */s/ Edwin N. Storz*
    Date                        Edwin N. Storz, WSBA#14161
7                               Of Attorneys for Plaintiff
                                1014 Franklin Street, Suite 220
8                               Vancouver, WA 98660
                                Telephone: (360) 696-9600
9
                                HUFFER & WEATHERS, P.C.
10
11
                                */s/ Steven K. Huffer*
12  _____        Mr. Steven K. Huffer
    Date                        Huffer & Weathers, P.C.
13                              Of Attorneys for Defendants
                                1850 Market Square Center
14                              151 North Delaware Street
                                Indianapolis, Indiana 46204-2522
15

16                                  **ORDER**

17      Based on the foregoing stipulation of the parties, the court hereby orders that all
18  pending matters and all remaining dates in the current case schedule order, including the
19  trial date, be stricken.
20      DATED this 2nd day of March, 2007.

21
22                              _____
                                RONALD B. LEIGHTON
23                              UNITED STATES DISTRICT JUDGE
24
25
26
27  Page 2 - STIPULATION AND AGREED ORDER STRIKING
                PRETRIAL DATES
28

**STORZ & ASSOCIATES, PLLC**
*Attorneys at Law*
**1014 Franklin Street, Suite 220
Vancouver, WA 98660
(360) 696-9600
(503) 286-2949**

1  Presented by:

2
   /s/ Edwin N. Storz
3  Edwin N. Storz, WSBA#14161
   Of Attorneys for Plaintiff
4

5  Approved as to form; Notice of presentation waived:

6
   /s/ Steven K. Huffer
7  Mr. Steven K. Huffer
   Huffer & Weathers, P.C.
8  Of Attorneys for Defendants

Page 3 - STIPULATION AND AGREED ORDER STRIKING
        PRETRIAL DATES

**STORZ & ASSOCIATES, PLLC**
*Attorneys at Law*
**1014 Franklin Street, Suite 220
Vancouver, WA 98660
(360) 696-9600
(503) 286-2949**